UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :    21cr179 (DLC)
                                         :
                -v-                      :    ORDER
                                         :
JINGDONG JIANG,                          :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

A sentencing is scheduled to occur on **June 18, 2021** at **2:00 PM.** Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference. Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following question by **5:00 PM** on **June 10, 2021:**

> Does the defendant consent to have the proceeding occur as a videoconference?

If the defendant consents to have the proceeding occur as a videoconference, please complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:    New York, New York
          May 27, 2021

                                    _____
                                           DENISE COTE
                                    United States District Judge