**LAW OFFICES**
# LAZZARO LAW FIRM, P.C.
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE:  (718)  488-1900
TELECOPIER:  (718)  488-1927
EMAIL:LAZZAROLAW@AOL.COM

LANCE LAZZARO

RANDALL LAZZARO *

JAMES KILDUFF * JAMES
KIRSHNER ROGER
GREENBERG

* ADMITTED IN NY & NJ

June 3, 2021

**sent via ECF**
Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

RE: **United States v. Jingdong Jiang**
    **Criminal Docket No.: 21-cr-00179-DLC**

Dear Judge Cote:

*[Handwritten annotation: Denied. The defendant's submissions, however, may be filed June 14 and the Government's on June 16. /s/ Denise Cote, June 3, 2021]*

Please be advised that I am writing this letter on behalf of Jingdong Jiang. Mr. Jiang is currently scheduled for a Court appearance on Friday, June 18th, 2021 for sentencing. However, I have not had a chance to confer with my client in detail about our response to the Presentence Report. Mr. Jiang is currently in the process of trying to obtain character letters to submit on his behalf. Therefore, I am respectfully requesting an adjournment of Mr. Jiang's sentencing for a period of 90 days and an adjustment of the current sentencing submission schedule. AUSA Elizabeth Espinosa has stated that the Government does not oppose this request for an adjournment. I have spoken with my client and he does not have any objections to this adjournment as well. This is the Defendant's first request for an adjournment of the sentencing.

Very truly yours,
LAZZARO LAW FIRM, P.C.

BY: _____/s/_____
Lance Lazzaro, Esq.

Cc: AUSA Espinosa via ECF