```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :        21cr179 (DLC)
            -v-                          :
                                         :           ORDER
JINGDONG JIANG,                          :
                                         :
                       Defendant.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that the sentence scheduled for June 18 shall now take place on **June 22 at 3:30 PM.** To access the conference, please follow this link: **https://teams.microsoft.com/l/meetup-join/19%3ameeting_MmRhY2YxNDEtZTI2OC00NWY2LWIxM2YtN2Q5ZWUxNjViNDk2%40thread.v2/0?context=%7b%22Tid%22%3a%221d66f037-8266-4d1c-919c-67c6543d3542%22%2c%22Oid%22%3a%22f281b8d8-5887-44a5-9566-8c44f6aaf05d%22%7d**

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Microsoft Teams may access the conference's audio using the following credentials:

```
        Call-in number:     917-933-2166
        Conference ID:      516 059 74#
```

Please refer to Order dated June 14, 2021 for additional information.

Dated:   New York, New York
         June 17, 2021

                                    _____
                                           DENISE COTE
                                    United States District Judge